■ CHRISTOPHER A. CARSON, Respondent, v GEORGIA-PACIFIC CORPORATION, Appellant, et al., Defendants. [828 NYS2d 226]— Appeal from an order of the Supreme Court, Cattaraugus County (Michael L. Nenno, A.J.), entered February 2, 2006 in a personal injury action. The order, insofar as appealed from, denied the motion of defendant Georgia-Pacific Corporation for summary judgment dismissing the complaint against it.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Gorski, Centra and Lunn, JJ.

■ In the Matter of TOUCANS, LLC, Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent. [828 NYS2d 226]— Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Oswego County [James W. McCarthy, A.J.], entered August 18, 2006) to review a determination of respondent. The determination found after a hearing that petitioner had violated the Alcoholic Beverage Control Law.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Gorski, J.P., Fahey, Peradotto, Green and Pine, JJ.